**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Frank S. Salvi | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-10126ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 1/9/2020, this case is hereby DISMISSED.

**Date: January 29, 2020**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Certification  Concerning Credit Counseling
and /or Certificate of Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 If Applicable
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)